# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON SHAW, <u>ET</u> <u>AL.</u>, | CIVIL ACTION |
| *Plaintiffs*, | |
| v. | No. 16-cv-5567 |
| TEMPLE UNIVERSITY, <u>ET</u> <u>AL.</u>, | |
| *Defendants*. | |

## ORDER

**AND NOW**, this 11th day of January, 2019, upon consideration of the Motion for Summary Judgment filed by Defendant Justin Busam (ECF No. 77), the Motion for Summary Judgment filed by Defendants Temple University, Denise Wilhelm, Edward Woltemate, Charles James, and Brian Crawford (ECF No. 79), and Plaintiffs' Combined Response in Opposition (ECF No. 83), and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

− The Motion for Summary Judgment filed by Defendant Justin Busam (ECF No. 77) is **GRANTED**;

− The Motion for Summary Judgment filed by Defendants Charles James and Brian Crawford (ECF No. 77) is **GRANTED**; and

− The Motion for Summary Judgment filed by Defendants Temple University, Denise Wilhelm, and Edward Woltemate (ECF No. 79) is **GRANTED IN PART** as to Counts One, Two, Three, and Five, and is **DENIED** as to Count Four.

1

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**